UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMAR WILBURN, | No. 2:15-cv-0699 TLN GGH |
| Plaintiff, | |
| v. | ORDER |
| GARREN BRATCHER, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 30, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 54.) Plaintiff filed objections to the findings and recommendations. (ECF No. 55.) Defendants County of Sacramento, Sacramento County Sheriff's Department, Sheriff Scott Jones, Sacramento County District Attorney's Office, Sacramento County Public Defender's Office, Deputy District Attorney Laura West, Deputy Public Defender Teresa Huang, Deputy Public Defender Larry Yee, and Deputy Hester filed a reply. (ECF No. 56.) Defendants City of Sacramento, Chief Samuel D. Somers, Jr., Officer George Chargin, Officer Jose Yepes, Sergeant Sameer Sood, Detective Bobby Daniels, Officer Jeremy Ratcliffe, and Detective Kevin Patton also filed a reply. (ECF

1

No. 57.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 30, 2015, are adopted in full;

2. Plaintiff's motion to remand (ECF No. 6) is DENIED;

3. Defendant Helena Gweon's Motion to Dismiss (ECF No. 20) is GRANTED without leave to amend;

4. Defendant Garren Bratcher's ("Bratcher") special anti-SLAPP Motion to Strike (ECF No. 15) is GRANTED with leave to amend as to Claims Four through Thirteen;

5. Claims One through Three are dismissed *sua sponte* as to Bratcher with leave to amend;

6. Defendants City of Sacramento, erroneously sued as Sacramento Police Department, Samuel D. Somers, Jr. ("Officer Somers, Jr."), George Chargin ("Officer Chargin"), erroneously sued as G. Chargin, Jose Yepes ("Officer Yepes"), erroneously sued as J. Yepes, Sameer Sood ("Officer Sood"), erroneously sued as S. Sood, Bobby Daniels ("Officer Daniels"), Jeremy Ratcliffe ("Officer Ratcliffe"), erroneously sued as J. Ratcliffe, and Kevin Patton's ("Officer Patton"), erroneously sued as K. Patton (collectively "the City Defendants") Motion to Dismiss (ECF No. 5) is GRANTED per the following:

    i. Claims One through Twelve are dismissed with leave to amend as to Officer Somers, Jr.,  Officer Chargin, Officer Yepes, Office Sood, Officer Daniels, Officer Ratcliffe, and Officer Patton;

    ii. Claims One through Eight are dismissed with leave to amend, and Claims Nine through Twelve without leave to amend, as to the City of Sacramento and the Sacramento Police Department; and

    iii. Claim Thirteen is dismissed without leave to amend;

7. Defendants County of Sacramento, Sacramento County Sheriff's Department, Sheriff Scott Jones ("Sheriff Jones"), Sacramento County District Attorney, Sacramento County Public

Defender's Office, Deputy District Attorney Laura West ("D.A. West"), Deputy Public Defender Teresa Huang ("P.D. Huang"), Deputy Public Defender Larry Yee ("P.D. Yee"), and Deputy Hester's (collectively "the County Defendants") Motion to Dismiss (ECF No. 10) is GRANTED per the following:

    i. Claims One through Twelve are dismissed with leave to amend as to Sheriff Jones, D.A. West, P.D. Huang, P.D. Yee, and Deputy Hester;

    ii. Claims One through Eight are dismissed with leave to amend, and Claim Nine through Twelve without leave to amend as to the County of Sacramento, Sacramento County District Attorney, Sacramento County Sheriff's Department, and Sacramento County Public Defender's Office, and

    iii. Claim Thirteen is dismissed without leave to amend.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge