UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMAR WILBURN,<br><br>Plaintiff,<br><br>v.<br><br>GARREN BRATCHER, et al.,<br><br>Defendants. | No.  2:15-cv-0699 TLN GGH<br><br><br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to the undersigned pursuant to Local Rule 302(c)(21).

On March 31, 2016, the presiding district judge adopted the undersigned's findings and recommendations.  ECF No. 59.  The district judge's order (1) dismissed plaintiff's claims against defendant Helena Gweon without leave to amend; (2) granted defendant Garren Bratcher's special motion to strike with leave to amend; (3) dismissed *sua sponte* claims one through three against defendant Garren Bratcher with leave to amend; (4) dismissed claims one through twelve with leave to amend and claim thirteen without leave to amend as to defendants Samuel D. Somers, Jr., George Chargin, erroneously sued as G. Chargin, Jose Yepes, erroneously sued as J. Yepes, Sameer Sood, erroneously sued as S. Sood, Bobby Daniels, Jeremy Ratcliffe, erroneously sued as J. Ratcliffe, and Kevin Patton, erroneously sued as K. Patton; (5) dismissed claims one through eight with leave to amend, and claims nine through thirteen without leave to amend, as to

defendants the City of Sacramento and the Sacramento Police Department; (6) dismissed claims one through twelve with leave to amend and claim thirteen without leave to amend as to defendants Sheriff Scott Jones, Sacramento County District Attorney, Deputy District Attorney Laura West, Deputy Public Defender Teresa Huang, Deputy Public Defender Larry Yee, and Deputy Hester; and (7) dismissed claims one through eight with leave to amend, and claims nine through thirteen without leave to amend, as to defendants the County of Sacramento, Sacramento County District Attorney, Sacramento County Sheriff's Department, and Sacramento County Public Defender's Office. Id.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the terms of the district judge's dismissal and the undersigned's findings and recommendations; the requirements of the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint;" failure to file an amended complaint will result in a recommendation that this action be dismissed.

2. Plaintiff may, but is not required to, utilize the Pro Se Forms provided on the U.S. Courts website to draft his First Amended Complaint, at http://www.uscourts.gov/forms/pro-se-forms. The court recommends that plaintiff, in particular, review Pro Se Form 15, Complaint for Violation of Civil Rights (Non-Prisoner).

Dated: April 5, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

/GGH17; wilb0699.amend

2