UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMAR WILBURN<br><br>Plaintiff,<br><br>v.<br><br>GARREN BRACHER, et al.,<br><br>Defendants. | No. 2:15-cv-00699 TLN GGH<br><br><br><br>ORDER |

Plaintiff has filed a Motion to Appoint Counsel. ECF No. 89. Since this matter has been appealed to the Ninth Circuit Court of Appeals, see ECF Nos. 85, 86, this Court has no authority to appoint counsel. Accordingly, **IT IS ORDERED THAT:**

Plaintiff's Order to Appoint Counsel is DENIED, without prejudice to its presentation to the Ninth Circuit Court of Appeals.

Dated: December 12, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE